UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:22-cv-01949 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| MARIO CRUZ, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff initially filed a complaint and motion to proceed in forma pauperis in conjunction with a motion to seal these documents and a request to proceed under a pseudonym on October 27, 2022. (ECF Nos. 1-3.) The court denied plaintiff's request to proceed under a pseudonym and motion to seal on November 2, 2022. (ECF No. 5.) The court struck plaintiff's complaint for failure to comply with Federal Rule of Civil Procedure 10(a) and directed plaintiff to file a new complaint within thirty days. (Id. at 4.)

Plaintiff failed to file an amended complaint within thirty days. Therefore, the undersigned recommended that this action be dismissed for failure to prosecute and failure to comply with a court order on March 29, 2023. (ECF No. 7.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 8.) Therein, plaintiff states that he was briefly released from custody and did not receive the court's November 2, 2022, order denying his request to proceed under a pseudonym and striking the complaint. (Id. at 1.) He states that he received both the November 2, 2022, order and the findings and recommendations on April 3, 2023. In light of

1

plaintiff's statements, the undersigned will vacate the findings and recommendations and grant plaintiff the opportunity to file a new complaint.  Plaintiff is advised that failure to abide by the court's order and file a complaint will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 29, 2023, findings and recommendations (ECF No. 7) are vacated;
2. Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."  Failure to file an amended complaint with this and the November 2, 2022, order will result in a recommendation that this action be dismissed.

Dated: April 17, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hols1949.vac fr